FILED
IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF MARYLAND

2002 DEC 12  P 2: 18

Dorotea A. Gonzolez

v.                              CLERK'S OFFICE
                                AT BALTIMORE Civil Action: WMN 01-CV-3071

GMBC Healthcare, Inc.                    DEPUTY

## ORDER

In accordance with the foregoing Memorandum and for the reasons stated therein, IT IS this 12ᵗʰ day of December, 2002, by the United States District Court for the District of Maryland, ORDERED;

1.   Defendant's Motion for Summary Judgment, Paper No. 7, is hereby GRANTED;

2.   That judgment is entered in favor of Defendant and against Plaintiff;

3.   That this action is hereby CLOSED;

4.   That any and all prior rulings made by this Court disposing of any claims against any parties are incorporated by reference herein and this order shall be deemed to be a final judgment within the meaning of Fed. R. Civ. P. 58; and

5.   That the Clerk of this Court shall mail copies of the foregoing Memorandum and this Order to all counsel of record.

William M. Nickerson
Senior United States District Judge

